In the Matter of the Petition of J. ARTHUR KEESEY to Render and Settle His Account as Executor, etc., of DAVID M. DRURY, Deceased. J. ARTHUR KEESEY, as Executor, etc., and Others, Appellants; MARY RUSSELL, etc., and ELMER M. RUSSELL, Respondents.— Motion to resettle order denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MARY E. JAMES, Appellant, v. WALTER A. JAMES and CHARLOTTE A. JAMES, Respondents.— Motion to dismiss appeal denied, without costs, upon condition that appellant perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JOHN H. KINGSTON, Appellant, v. M. S. CONSTRUCTION CORPORATION and Others, Respondents. UNITED SAND AND GRAVEL CORPORATION and Others, Defendants.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ. Settle order on notice.

B. EDWIN LARNED, Respondent, v. SARAH R. SIBLEY, as Administratrix, etc., of NORRIS R. SIBLEY, Deceased, Appellant.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the April, 1928, term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JAMES G. LODOLCE, Respondent, v. MICHAEL FRANZ and IRVING HOLMAN, Appellants.— Motion for extension of time granted to the extent of allowing defendants five days from the entry of the order upon the determination of the appeal herein, within which to answer, in the event that such determination shall be adverse to them. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

GIOVANNINA MASSIMINO, as Administratrix, etc., of PHILIP MASSIMINO, Deceased, Respondent, v. BURNS BROS. and DONALD HORTON, Defendants. DAVID FALCONER CONTRACTING COMPANY, Appellant.— Motion for stay pending appeal granted on condition that appellant perfect the appeal for Friday, March 16, 1928 (for which day the case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MAY McPHAIL, as Administratrix, etc., of GEORGE McPHAIL, Deceased, Respondent, v. FIFTH AVENUE AND NINETY-THIRD STREET CORPORATION, Appellant, and Another, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.